UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CHISM,

Plaintiff,

-vs-

Case No: CA 08 102

PATRICK KNAPP,

Defendant.

_______________________________________/

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
-and-
HANSON CURRAN
JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040
jtm@hcpw.com

_______________________________________/

# COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about January 23, 2008, Plaintiff was in the course of employment onboard a vessel when a board gave way causing injury to Plaintiff because of said failure to provide a safe place to work and seaworthy.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

a. Pain and suffering, past future;

b. Mortification, humiliation, fright shock and embarrassment;

c. Loss of earnings and earning capacity;

d. Hospital, pharmaceutical and other cure expenses;

e. Aggravation of prior condition, if any there be;

f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

g. Mental anguish;

h. Found;

i. Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

HANSON AND CURRAN

JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040
jtm@hcpw.com

Dated: March 7, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CHISM,

Plaintiff,

-vs- Case No:

PATRICK KNAPP,

Defendant.

_______________________________________/

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net
-and-
HANSON CURRAN
JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040
jtm@hcpw.com

_______________________________________/

## DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, and hereby demands trial by jury in the above-referenced cause of action.

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

HANSON AND CURRAN

JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040
jtm@hcpw.com

Dated: March 18, 2008