08-143

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Raymond Chism, Plaintiff

V.

Patrick Knapp, Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 102

TO: (Name and address of Defendant)

Patrick Knapp
24 Burlingame Dr.,
Charlestown, RI 02813

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

O'Bryan Baun Cohen Kuebler Karamanian
Dennis M. O'Bryan
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009

an answer to the complaint which is herewith served upon you, within _ _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3-21-08

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/24-08 |
| NAME OF SERVER *(PRINT)* Anthony Marcello Sr. | TITLE 3-Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____________

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mrs. Desenthia Morra (mother in law of Defendant)

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 35.00 | 35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-24-08
Date

[signature]
Signature of Server

34 Rafa St. Bonnington, 06806
Address of Server

Anthony Marcello Sr.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.