MKD:mes 37188

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND CHISM | ) | |
| | ) | |
| VS. | ) | C.A. NO. 08-102 S |
| | ) | |
| PATRICK KNAPP | ) | |

**STIPULATION**

It is hereby stipulated between the parties that the defendant, Patrick Knapp, may answer, plead or otherwise respond late and out of time up to and including April 21, 2008.

/s/ Dennis M. O'Bryan, Esq. (P30545)
Attorney for Plaintiff
O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
PHONE: (248) 258-6262
FAX: (248) 258-6047

/s/ James T. Murphy, Esq. #1698
HANSON, CURRAN, LLP
Attorney for Plaintiff
146 Westminster Street
Providence, RI 02903
PHONE: (401) 421-2154
FAX: (401) 521-7040

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
Attorney for Defendant
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DATED: 4/11/08