UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CHISM,

Plaintiff,

v Case No. 1:08-cv-102

PATRICIA KNAPP,

Defendant.

---

UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

NOW COMES Plaintiff, Raymond Chism, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, and hereby moves this Honorable Court pursuant to F.R.C.P. 15(a) to issue Order granting leave for Plaintiff to amend his Complaint as follows:

1. On March 21, 2008, Plaintiff filed a Complaint with this Court pleading an action pursuant to the Jones Act, 46 U.S.C. §30104, for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages naming Patrick Knapp as party Defendant, and alleging that Patrick Knapp was the owner of the F/V CONOR & MICHAEL and employer of Plaintiff Raymond Chism.

2. Subsequently, Plaintiff discovered that T.C.M. Fisheries, Inc., a corporation, was the actual owner of the F/V CONOR & MICHAEL and paycheck employer of Raymond Chism.

3. Counsel for Plaintiff undersigned has conferred with counsel for Defendant, Martin K. DeMagistris, with regard to the subject of this Motion and the relief requested, and was advised that Defendant would not object to an order granting leave for Plaintiff to amend his Complaint properly naming the Defendant.

WHEREFORE, in the interests of economy of justice and wise use of judicial resources, it

is prayed that this Honorable Court issue Order granting Plaintiff leave to file his First Amended Complaint, attached hereto as **Exhibit A**.

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Dennis M. O'Bryan
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

HANSON AND CURRAN

/s James T. Murphy
JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040
jtm@hcpw.com

Dated: April 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

/s Dennis M. O'Bryan
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff