UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CHISM,

Plaintiff,

v Case No: 1:08-cv-102

T.C.M. FISHERIES, INC.,

Defendant.

---

## FIRST AMENDED COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, complaining against Defendant as follows:

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material and relevant to the issues herein, Plaintiff was employed by Defendant, T.C.M. Fisheries, Inc., as a crewmember aboard its vessels, including the F/V CONOR & MICHAEL, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about January 23, 2008, Plaintiff was in the course of employment onboard a vessel when a board gave way causing injury to Plaintiff because of said failure to provide a safe place to work and seaworthy.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter**

<u>alia</u>, as follows:

a. Pain and suffering, past future;

b. Mortification, humiliation, fright shock and embarrassment;

c. Loss of earnings and earning capacity;

d. Hospital, pharmaceutical and other cure expenses;

e. Aggravation of prior condition, if any there be;

f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

g. Mental anguish;

h. Found;

i. Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

<u>/s Dennis M. O'Bryan</u>
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

HANSON AND CURRAN

/s James T. Murphy
JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040
jtm@hcpw.com

Dated: April 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

/s Dennis M. O'Bryan
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff