UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND CHISM,

Plaintiff,

v Case No: 1:08-cv-102

T.C.M. FISHERIES, INC.,

Defendant.

---

NOTICE OF APPEARANCE

NOW COMES Gary Wm. Baun of the Law Firm O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, and enters his Appearance in this matter as counsel for Plaintiff, Raymond Chism.

O'BRYAN BAUN COHEN KUEBLER
KARAMANIAN

/s Gary Wm. Baun
Gary Wm. Baun (P28758)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
gbaun@obryanlaw.net

-and-

HANSON AND CURRAN

/s James T. Murphy
JAMES T. MURPHY (1698)
Local Counsel
146 Westminster St.
Providence, RI 02903
(401) 421-2154
(401) 521-7040

jtm@hcpw.com

Dated: May 29, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to counsel of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

/s Gary Wm. Baun
Gary Wm. Baun (P28758)
Attorneys for Plaintiff