MKD: 37188 \pleading\37188Ansamend.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND CHISM | : | |
| | : | |
| VS. | : | C.A. NO. 08-102 S |
| | : | |
| TCM FISHERIES, INC. | : | |

**ANSWER OF DEFENDANT TCM FISHERIES, INC.**
**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

1. Denied.

2. Admitted.

3. Admitted that plaintiff was serving as a crew member aboard defendant's vessel at the time of the incident giving rise to this action. Denied as to the remainder of the allegation.

4. Denied.

5. a. Denied;

   b. Denied;

   c. Denied to the extent of advances, defendant demands set-off;

   d. Denied as paid;

   e. Denied;

   f. Denied;

   g. Denied as no evidence of treatment;

   h. Denied;

   i. Denied as paid.

WHEREFORE, defendant demands judgment against plaintiff for claims arising under both the Jones Act and the general maritime law.

## AFFIRMATIVE DEFENSES

1. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused solely by the plaintiff's own negligence.

2. Defendant affirmatively pleads that plaintiff's injuries, if any, were caused, at least in part, by his own negligence. Therefore plaintiff's damages, if any, should be reduced by the percentage of negligence attributable to the plaintiff.

3. Defendant affirmatively pleads set off and counterclaim, as well as payments for maintenance, cure and advances for lost wages.

4. Defendant affirmatively pleads plaintiff's injuries were caused, in whole or in part, by his own failure to act as a reasonably prudent seaman under the circumstances.

5. Defendant affirmatively pleads that the plaintiff failed to observe and employ a safe, alternative practice, thus, contributing to his own injury.

6. Defendant affirmatively pleads that plaintiff has failed to provide evidence of expenditures entitling him to maintenance and cure.

7. Defendant affirmatively pleads that if the plaintiff was injured as alleged, after such injury occurred, the plaintiff had been found fit for duty, and the defendant owes no further duty to provide maintenance and/or care to the plaintiff.

8. Defendant affirmatively pleads that plaintiff's medical treatment is purely palliative.

Defendant hereby demands a trial by jury

DEFENDANT,
By his Attorney,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I hereby certify that I have filed the within with the United States District Court on this 21st day of April, 2008, and that a copy is available for viewing and downloading via the ECF system and that I have caused a copy to be sent to:

Dennis M. O'Bryan, Esq.
O'BRYAN BAUN COHEN KUEBLER
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

James T. Murphy, Esq.
HANSON CURRAN
146 Westminster Street
Providence, RI 02903

/s/ J. Renn Olenn