(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

RAYMOND CHISM
Plaintiff(s)

v. Dkt. No. 1:08-cv-102

T.C.M. FISHERIES, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Raymond Chism hereby moves that Gary Wm. Baun be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

James T. Murphy
Print Name

Hanson Curran
Firm and Business Address

146 Westminster Street

Providence, RI 02903

RI Bar ID # 1698

Email: jtm@hansoncurran.com

Tel. # 421-2154

Fax # 521-7040

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ James T. Murphy
James T. Murphy, Esq. #1698
of HANSON CURRAN LLP